IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE RED, JR., | NO. C 04-04408 JW |
| Petitioner(s), | **ORDER TO SHOW CAUSE** |
| v. | Docs # 2, 4 & 5 |
| D. L. RUNNELS, Warden, | |
| Respondent(s). | |

Petitioner, a state prisoner incarcerated at High Desert State Prison, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. He also seeks an evidentiary hearing and leave to proceed in forma pauperis under 28 U.S.C. § 1915.

## BACKGROUND

Petitioner was convicted by a jury in the Superior Court of the State of California in and for the County of Santa Clara of multiple counts of bank robbery and attempting to evade a police officer while driving recklessly. The court found true allegations that petitioner had suffered 11 prior "strike" convictions and, on May 24, 2002, sentenced him to 95 years to life in state prison.

The California Court of Appeal struck two five-year enhancements and otherwise affirmed the judgment of the trial court. On November 12, 2003, the Supreme Court of

Order to Show Cause
P:\PRO-SE\SJ.Jw\HC.04\red4408osc.wpd

California denied review. The instant federal petition followed.

## DISCUSSION

A.   Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.   Claims

Petitioner seeks federal habeas corpus relief by raising claims of instructional error and ineffective assistance of counsel. Liberally construed, the claims appear cognizable under § 2254 and merit an answer from respondent. See Zichko v. Idaho, 247 F.3d 1015, 1020 (9th Cir. 2001) (federal courts must construe pro se petitions for writs of habeas corpus liberally).

Petitioner's request for an evidentiary hearing (doc # 5) is DENIED as premature. The court will hold an evidentiary hearing on its own motion if one is deemed necessary.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.   Petitioner's request to proceed in forma pauperis (docs # 2 & 4) is GRANTED.

2.   The clerk shall serve a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

3.   Respondent shall file with the court and serve on petitioner, within 60 days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be

Order to Show Cause
P:\PRO-SE\SJ.Jw\HC.04\red4408osc.wpd         2

1 granted. Respondent shall file with the answer and serve on petitioner a copy of all portions
2 of the state trial record that have been transcribed previously and that are relevant to a
3 determination of the issues presented by the petition.

4       If petitioner wishes to respond to the answer, he shall do so by filing a traverse with
5 the court and serving it on respondent within 30 days of his receipt of the answer.

6      4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an
7 answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing
8 Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and
9 serve on respondent an opposition or statement of non-opposition within 30 days of receipt
10 of the motion, and respondent shall file with the court and serve on petitioner a reply within
11 15 days of receipt of any opposition.

12      5.    Petitioner is reminded that all communications with the court must be served
13 on respondent by mailing a true copy of the document to respondent's counsel. Petitioner
14 must also keep the court and all parties informed of any change of address.

15 Dated: May 8, 2006

                                    JAMES WARE
16                                     United States District Judge

28 Order to Show Cause
P:\PRO-SE\SJ.Jw\HC.04\red4408osc.wpd    3

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George Red
High Desert State Prison
P. O. Box 3030
Susanville, Ca 96127

**Dated: May 9, 2006**                                   **Richard W. Wieking, Clerk**

                                                    **By:  /s/JW Chambers**
                                                         **Melissa Peralta**
                                                         **Courtroom Deputy**

Order to Show Cause
P:\PRO-SE\SJ.Jw\HC.04\red4408osc.wpd

United States District Court
For the Northern District of California