**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RED JR., <br> Petitioner, <br> vs. <br> D. L. RUNNELS, Warden <br> Respondent. | No. C 04-04408 JW (PR) <br><br> ORDER REOPENING ACTION AND LIFTING STAY; TO SHOW CAUSE <br><br> (Docket No. 24) |

Petitioner, a state prisoner incarcerated at High Desert State Prison in Susanville, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The action was stayed while petitioner returned to state court to exhaust an unexhausted claim of ineffective assistance of counsel. Petitioner has now returned to this Court with a motion to reopen the action (Docket No. 24) after exhausting all claims in the state courts, and has filed a second amended petition in accordance with the Court's Order filed July 27, 2007.

## BACKGROUND

Petitioner was convicted by a jury in the Superior Court of the State of California in and for the County of Santa Clara of multiple counts of bank robbery

Order Reopening Action and Lifting Stay; to Show Cause
G:\PRO-SE\SJ.JW\HC.04\Red04408_reopen-osc.wpd

1  and attempting to evade a police officer while driving recklessly. The court found
2  true allegations that petitioner had suffered 11 prior "strike" convictions and
3  sentenced petitioner to 95 years to life in state prison.
4      The California Court of Appeal struck two five-year enhancements and
5  otherwise affirmed the judgment of the trial court. On November 12, 2003, the
6  Supreme Court of California denied review. Petitioner filed a federal habeas
7  petition on October 19, 2004. The action was stayed on July 27, 2007. Petitioner
8  moved to reopen the action on January 14, 2008.

## DISCUSSION

A.  Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.  Claims

Petitioner seeks federal habeas corpus relief on the grounds of deficient jury instructions and ineffective assistance of counsel. Liberally construed, the claims appear cognizable under § 2254 and merit an answer from respondent.

## CONCLUSION

1. Petitioner's motion to reopen the action (Docket No. 24) is GRANTED. The stay is lifted. The clerk shall reopen the file.

2. The clerk shall serve by certified mail a copy of this order and the second amended petition, with all attachments and exhibits thereto, on respondent

Order Reopening Action and Lifting Stay; to Show Cause
G:\PRO-SE\SJ.JW\HC.04\Red04408_reopen-osc.wpd     2

1  and respondent's attorney, the Attorney General of the State of California.  The clerk
2  also shall serve a copy of this order on petitioner.

3        3. Respondent shall file with the court and serve on petitioner, within
4  **sixty (60) days** of the issuance of this order, an answer conforming in all respects to
5  Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of
6  habeas corpus should not be issued.  Respondent shall file with the answer and serve
7  on petitioner a copy of all portions of the state trial record that have been transcribed
8  previously and that are relevant to a determination of the issues presented by the
9  petition.

10        If petitioner wishes to respond to the answer, he shall do so by filing a
11  traverse with the court and serving it on respondent within **thirty (30) days** of his
12  receipt of the answer.

13        4. Respondent may file a motion to dismiss on procedural grounds in lieu
14  of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
15  Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall
16  file with the court and serve on respondent an opposition or statement of non-
17  opposition within **thirty (30) days** of receipt of the motion, and respondent shall file
18  with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of
19  any opposition.

20        5. Petitioner is reminded that all communications with the court must be
21  served on respondent by mailing a true copy of the document to respondent's
22  counsel.  Petitioner must also keep the court and all parties informed of any change
23  of address.

25  DATED:   April 29, 2008                  *James Ware*
26                                            JAMES WARE
                                          United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RED JR.,

        Petitioner,

  v.

D. L. RUNNELS, Warden,

        Respondent.
                                        /

Case Number: CV04-04408 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _4/30/2008_, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Red T-55342
California State Prison, Centinela (CEN)
P.O. Box 731
Imperial, Ca 92251-0731

Dated: _4/30/2008_

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk